<div style="text-align:center">
**PARKER & CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022
</div>

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: June 10, 2020

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

<div style="text-align:center">
Re: <u>United States v. Amaury Modesto</u>
17 Cr 251 (PGG)
</div>

Dear Judge Gardephe:

    I previously represented Amaury Modesto ("Mr. Modesto"), the defendant in the above-captioned matter.

    I write requesting that the Court re-appoint me *nunc pro tunc* to April 20, 2020 for purposes of consulting with Mr. Modesto and his family, evaluating whether a compassionate release motion should be filed, engaging in legal research and filing a motion if necessary.

    If the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter. Thank you for your consideration in this matter.

    I hope you, your family and staff are well.

<div style="margin-left:50%">
Respectfully,

/s/

Daniel S. Parker
</div>

cc: All Parties by ECF and emai