**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: December 17, 2020

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Amaury Modesto**
17 Cr 251 (PGG)

Dear Judge Gardephe:

I write requesting that the Court modify the terms and conditions of Mr. Modesto's Supervised Release; specifically permitting him to remain outside of his residence at the discretion of his Probation Officer so that he can work at a second job that he has been offered at Home Depot.

I have spoken with Probation Officer Florence Duggan who does not object to the requests herein and I have conferred with AUSA Jilan Kamal who advised me that the Government defers to the Department of Probation.

Subject to his passing a background check[1] and a drug test, Mr. Modesto has been offered a job at Home Depot which is just a hop, skip and a jump away from his current job at AutoZone in Matamoras, PA. He would work from 8 a.m. to 4:30 p.m. at AutoZone, then from 5 p.m. to

---

[1] Mr. Modesto believes that his drug conspiracy conviction will not prevent Home Depot from hiring him.

1

approximately 10 p.m. at Home Depot during the week. His weekend hours at Home Depot have not been determined yet.

In order to facilitate his supervision, we ask the Court to allow Mr. Modesto to remain outside his residence to work at the discretion of Probation. I have spoken with P.O. Duggan about this proposed language and Probation does not object.

If the foregoing request meets with Your Honor's approval, then I respectfully request that you "So Order" this letter.

Thank you for your consideration and attention to this matter. Happy Holidays.

Respectfully submitted,

Daniel S. Parker
Parker and Carmody, LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Cell: 917-670-7622
DanielParker@aol.com

Cc: AUSA J. Kamal (by email)
    PO F. Duggan (by email)