**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER                                                                       TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                              FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                                                 DanielParker@aol.com

March 10, 2021

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Amaury Modesto**
**17 Cr 251 (PGG)**

Dear Judge Gardephe:

    I write requesting that the Court modify the terms and conditions of Mr. Modesto's Supervised Release; specifically permitting him to travel freely to New Jersey to visit his brother and family as well as to Connecticut so that he can accompany his wife to visit her family.

    I have spoken with his Probation Officer Florence Duggan and Probation does not object to this proposed modification. I have communicated with AUSA Jilan Kamal and the Government "defers to Probation."

    Probation Officer Duggan has informed me that based upon Mr. Modesto's low risk assessment, continued compliance, and progress while on Supervise Release, that he will imminently be transferred to a low intensity supervision.  Mr. Modesto remains employed on a full-time basis and was recently promoted to a manager position. He is no longer on home detention.

If the foregoing request meets with Your Honor's approval, then I respectfully request that you "So Order" this letter.

Thank you for your consideration and attention to this matter.

Respectfully submitted,

*Daniel S. Parker*
Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
Cell: 917-670-7622
DanielParker@aol.com

Cc: AUSA J. Kamal (by email)
    PO F. Duggan (by email)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: March 11, 2021

2